Alex Potente (*pro hac vice*)
Bradley Harding (*pro hac vice*)
Matthew Harvey (*pro hac vice*)
CLYDE & CO. US LLP
Four Embarcadero Center, Suite 1350
San Francisco, California 94111
Telephone (415) 365-9800
Facsimile: (415) 365-9801
Alex.Potente@clydeco.us
Brad.Harding@clydeco.us,
Matthew.Harvey@clydeco.us

Rob Justman (24436)
MEAGHER & GEER, PLLP
16767 N. Perimeter Drive, Suite 210
Scottsdale, Arizona 85260
Telephone: (480) 607-9719
Facsimile: (480) 607-9780
rjustman@meagher.com

*Attorneys for Plaintiffs Continental Casualty Company and Valley Forge Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Continental Casualty Company, an Illinois Corporation, Valley Forge Insurance Company, a Pennsylvania Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Platinum Training, LLC, a Nevada Limited Liability Company; Platinum Medical, Inc., a dissolved Nevada Corporation; Platinum Medical, LLC, a revoked Nevada Limited Liability Company; Charles Oddo, an individual; Amy Oddo, an individual; Stephen Gore, an individual; Nancy Culver, an individual; Jill Hansen, an individual; James Stauffer, an individual; Gwendolyn Aloia, an individual; Mary Salinas, an | Case No. 2:19-CV-05163-PHX-DJH<br><br>**PLAINTIFFS' NOTICE OF DEPOSITION OF EXPERT JACK CUNNINGHAM AND REQUEST FOR PRODUCTION OF DOCUMENTS**<br><br>**DATE:** March 24, 2021<br>**TIME:** 10 A.M. MST<br><br>(The Honorable Diane J. Humetewa) |

individual; Betty Beach, an individual; Suzanne Beecher, an individual; Theodore Barnes-Breen, an individual; Debbie Beaugez, an individual; Virginia Canavero, an individual; Tanya Caruso, an individual; John T. Chaney, an individual; Maria Clements, an individual; Nancy Cooper, an individual; Lee Ann Druding, an individual; Michele Gill, an individual; Agnes Hansen, an individual; Troy Harp, an individual; Samantha Hetherington, an individual; Francis Mattiussi, an individual; Chris Mchenry, an individual; Phyllis Meadows, an individual; Jane Meier, an individual; Angelina Merrill, an individual; Helen Peterson, an individual; John Peterson, an individual; Donna Rector, an individual; Gwen Timmerman, an individual; Suzanne Visser, an individual; Richelle Wallace, an individual; Joann Waller, an individual; Amanda Waterman, an individual;

Defendants.

YOU ARE HEREBY NOTIFIED that pursuant to Rules 26 and 30, Federal Rules of Civil Procedure, the deposition will be taken upon oral examination of Jack Cunningham, at the time stated below before an officer authorized by law to administer oaths. The deposition will be taken virtually, via remote videoconference, before a certified court reporter, and will be conducted by Esquire Deposition Solutions. Counsel for the parties, the deponent, and the court reporter will appear remotely via ZOOM video link, on **March 24, 2021, at 10 a.m. MST**, and will continue thereafter from day to day on successive business days until completed.

2

**NOTICE IS GIVEN** that Plaintiffs will conduct this deposition utilizing the secure web-based deposition option afforded by Esquire Deposition Services through ZOOM. In addition, please take notice that the court reporter will be remote via ZOOM and will not be in the presence of the deponent, and further that the court reporter will swear in the witness remotely.

**NOTICE IS FURTHER GIVEN** that Plaintiffs will, in addition to the stenographic method, record the deponent and the deponent's testimony through the instant visual display of the testimony through use of ZOOM. This deposition and the deponent will be videotaped for use at trial.

Plaintiffs reserve the right to utilize the following: (1) Record the deposition utilizing audio or video technology; (2) Instant visual display technology such that the court reporter's writing of the proceedings will be available to all who are a party to this proceeding to request and receive in realtime; and (3) Exhibit Capture (picture-in-picture) technology in which any exhibit reviewed by the deponent during the deposition can be captured visually.

The parties are advised in lieu of a paper set of exhibits, they may be provided and displayed digitally to the deposition officer, deponent, parties and counsel. The exhibits will be compiled by the deposition officer for the purposes of exhibit stamping, and ultimate production of the final certified transcript.

The deponent, Jack Cunningham, is hereby commanded to bring with him and to

permit inspection and copying thereof the documents defined and designated in the attached Exhibit A.

PERSON TO BE EXAMINED:	**JACK CUNNINGHAM**

DATE AND TIME OF DEPOSITION:	March 24, 2021 at 10:00 am MST

VIA ZOOM:	ZOOM Link to follow by correspondence

DATED March 5th, 2021.

CLYDE & CO. US LLP

By: */s/Alex Potente*_____
Alex Potente (*pro hac vice*)
Bradley R. Harding  (*pro hac vice*)
Matthew S. Harvey (*pro hac vice*)
Four Embarcadero Center, Suite 1350
San Francisco, CA  94111

MEAGHER & GEER, PLLP

By: */s/Rob A. Justman*_____
Rob A. Justman
16767 N. Perimeter Drive, Suite 210
Scottsdale, Arizona  85260

*Attorneys for Plaintiffs Continental Casualty Company and Valley Forge Insurance Company*

# EXHIBIT A

## REQUEST FOR PRODUCTION OF DOCUMENTS

1. A copy of bills rendered to, or fees/expenses earned to date if yet unbilled, to Defendants' attorney for your services in this case, and your fee schedule for such services.

2. A copy of any and all literature you intend to rely on in this case.

3. A copy of each deposition and any other discovery products (interrogatories, requests to produce, requests for admissions) and their answers, whether from Defendants' counsel or otherwise which you have reviewed in this case.

4. Any notes you have made regarding this case.

5. Any legal authority you relied upon or reviewed in formulating your opinion.

6. A list of cases in which you have given testimony in the past.

# CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2021, I electronically transmitted the attached document to the Clerk's office using the CM/ECF system for filing and transmittal of a Notice of electronic filing to the following CM/ECF registrants.

Clerk of the Court
United States District Court
Sandra Day O'Connor U.S. Courthouse
401 W. Jefferson
Phoenix, AZ  85003

Judge Diane J. Humetewa
United States District Court
Sandra Day O'Connor U.S. Courthouse, Suite 625
401 West Washington Street, SPC81
Phoenix, AZ  85003 - 2161

Jennifer A. Cranston, Esq.
Michael R. Ross, Esq.
*Gallagher & Kennedy*
2575 East Camelback Road
Phoenix, AZ  85016
jennifer.cranston@gknet.com

*Attorneys for Defendants Platinum Training, LLC;*
*Platinum Medical, Inc.; Platinum Medical, LLC,*
*Charles Oddo, and Amy Oddo*

Michael S. Burg, Esq.
Holly Kammerer, Esq.
Paul Friedman, Esq.
Brian C. Dault, Esq.
*Burg Simpson Eldredge Hersh Jardine PC*
2390 E. Camelback Road, Suite 403
Phoenix, AZ  85016
mburg@burgsimpson.com
hkammerer@burgsimpson.com
pfriedman@burgsimpson.com
bdault@burgsimpson.com

*Attorneys for Claimant Defendants*

6

I hereby certify that on March 5, 2021, I served the attached document via e-mail to the following:

Esquire Deposition Solutions
Court Reporter

By: */s/ Vanessa Henderson*

14127965.1