1  Michael S. Burg (#031437)
   Holly B. Kammerer (#032600)
2  Paul D. Friedman (#012716)
   Brian C. Dault (#027021)
3  BURG SIMPSON ELDREDGE
   HERSH & JARDINE, P.C.
4  2390 East Camelback Road, Suite 403
   Phoenix, Arizona 84016
5  Telephone: (602) 777-7000
   Facsimile: (602) 777-7008
6  azcourt@burgsimpson.com
   mburg@burgsimpson.com
7  hkammerer@burgsimpson.com
   pfriedman@burgsimpson.com
8  bdault@burgsimpson.com

9  *Attorneys for Claimant Defendants*

10            **IN THE UNITED STATES DISTRICT COURT**
              **DISTRICT OF ARIZONA**
11

12 | Continental Casualty Company, an Illinois | Case No. _2:19-CV-05163 DJH |
13 | Corporation; Valley Forge Insurance Company, a Pennsylvania Corporation | |
14 | | **CLAIMANT DEFENDANTS' NOTICE OF EXPERT DEPOSITION OF STEVEN PLITT** |
15 |           Plaintiff, | |
   |       vs. | **DATE: March 19, 2021** |
16 | | |
17 | Platinum Training, LLC, a Nevada Limited Liability Company; *et al.*, | **TIME: 10 A.M. AZ MST** |
18 |           Defendants. | (Assigned to the Honorable Diane J. Humetewa) |

19

20     YOU ARE HEREBY NOTIFIED that pursuant to Rules 26 and 30, Federal Rules of
21 Civil Procedure, the deposition will be taken upon oral examination of **Steven Plitt**, at the
22 time stated below before an officer authorized by law to administer oaths. The deposition
23 will be taken virtually, via remote videoconference, before a certified court reporter, and will
24 be conducted by Carrie Reporting and VideoDep, Inc.
25     Claimant Defendants will, in addition to the stenographic method, record the
26 deponent and the deponent's testimony through the of ZOOM. This deposition and the
27 deponent will be videotaped for use at trial. Counsel for the parties, the deponent, and the
28 court reporter will appear remotely via ZOOM video link on:

**DATE AND TIME OF DEPOSITION: March 19, 2021, at 10 a.m. AZ MST.**

**VIA ZOOM: ZOOM: VideoDep, Inc. will provide the link via e-mail.**

Dated this 5th day of March, 2021.

**BURG SIMPSON ELDREDGE
HERSH & JARDINE, P.C.**

By:  /s/ Paul D. Friedman
Michael S. Burg
Holly B. Kammerer
Paul D. Friedman
Brian C. Dault
2390 East Camelback Road, Suite 403
Phoenix, Arizona 84016
*Attorneys for Claimant Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of March, 2021, I electronically transmitted a PDF version of this document to the following recipients:

| | |
|---|---|
| Alex Potente (pro hac vice)<br>CLYDE & CO. US LLP<br>101 Second Street, 24th Floor<br>San Francisco, California 94105<br>Email: alex.potente@clydeco.us<br>*Attorneys for Plaintiffs* | Rob A. Justman<br>MEAGHER & GEER, PLLP<br>16767 North Perimeter Drive, Suite 210<br>Scottsdale, Arizona 85260<br>Email: rjustman@meagher.com<br>*Attorneys for Plaintiffs* |
| Jennifer A. Cranston<br>Michael R. Ross<br>GALLAGHER & KENNEDY<br>2575 E. Camelback Road<br>Phoenix, Arizona 85016<br>Email: Jennifer.cranston@gknet.com<br>*Attorneys for Platinum Defendants* | Timothy B. O'Connor<br>SCHNEIDER & ONOFRY, P.C.<br>365 E. Coronado Road<br>Phoenix, Arizona 85004<br>Email: toconnor@soarizonalaw.com<br>*Attorneys for Defendant Gore* |

/s/ Laura M. Ramirez