Michael S. Burg (#031437)
Holly B. Kammerer (#032600)
Paul D. Friedman (#012716)
Brian C. Dault (#027021)
BURG SIMPSON ELDREDGE
HERSH & JARDINE, P.C.
2390 East Camelback Road, Suite 403
Phoenix, Arizona 84016
Telephone: (602) 777-7000
Facsimile: (602) 777-7008
azcourt@burgsimpson.com
mburg@burgsimpson.com
hkammerer@burgsimpson.com
pfriedman@burgsimpson.com
bdault@burgsimpson.com
   Attorneys for Creditor Defendants

Alex Potente (*pro hac vice*)
Bradley R. Harding (*pro hac vice*)
CLYDE & CO. US LLP
Four Embarcadero Center, Suite 1350
San Francisco, California  94111
Telephone: (415) 365-9800
Facsimile:  (415) 365-9801
Alex.Potente@clydeco.us
Brd.Harding@clydeco.us

Rob Justman (24436)
MEAGHER & GEER, PLLP
16767 N. Perimeter Drive, Suite 210
Scottsdale, Arizona  85260
Telephone: (480) 607-9719
Facsimile: (480) 607-9780
rjustman@meagher.com
Attorneys for Plaintiffs Continental Casualty Co. and Valley Forge Insurance Co.

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Continental Casualty Company, an Illinois Corporation; Valley Forge Insurance Company, a Pennsylvania Corporation<br><br>            Plaintiff,<br>     vs.<br><br>Platinum Training, LLC, a Nevada Limited Liability Company; *et al.*,<br><br>            Defendants. | Case No. _2:19-CV-05163 DJH<br><br>**BRIEF WRITTEN SUMMARY REGARDING THE DISCLOSURE OF EXPERT DR. IAN LAMOUREUX PURSUANT TO RULE 16 SCHEDULING ORDER**<br><br>(Assigned to the Honorable Diane J. Humetewa) |

## **CONTINENTAL'S POSITION**

Continental disclosed rebuttal expert Dr. Lamoureux on February 19, 2021 before the close of rebuttal expert disclosures.  "A party need not disclose an expert within the deadline for initial expert reports, and can instead disclose an expert as a 'rebuttal expert.'" *Clear-View Techs., Inc. v. Rasnick*, No. 13-CV-02744-BLF, 2015 WL 3509384 at *1 (N.D. Cal. June 3, 2015).  The Court's amended scheduling order expressly provides two disclosure dates as provided for in Rule 26(a)(2), which differentiates between non-rebuttal and rebuttal experts.  *See* 26(a)(2)(D)(i) (governing disclosure of non-rebuttal experts) and one for rebuttal experts under 26(a)(2)(D)(ii)(governing rebuttal experts):

- Defendant(s) shall provide full and complete expert disclosures as required by Rule 26(a)(2) of the Federal Rules of Civil Procedure no later than December 4, 2020.  [Dkt. 79.]
- Plaintiff(s) shall provide full and complete expert disclosures as required by Rule 26(a)(2) of the Federal Rules of Civil Procedure no later than January 5, 2021. [Dkt. 79.]
- Rebuttal expert disclosures shall be made no later than February 19, 2021.  [Dkt. 89.]

The scheduling order did not require Continental to disclose its rebuttal experts on January 5, 2021.  *See Montalvo v. Am. Family Mut. Ins. Co.*, No. CV-12-02297-PHX-JAT, 2014 WL 2986678 at *4 (D. Ariz. July 2, 2014) ("The parties are required to make this disclosure at the time that the court orders").  Claimants do not challenge that Continental offers Dr. Lamoureux "intended solely to contradict or rebut evidence on the same subject matter identified by another party."  F.R.C.P. Rule 26(a)(2)(D)(ii).  Plaintiffs disclosed Mr. Plitt on January 5, 2021 because he is an affirmative, not merely a rebuttal, expert.

Dr. Lamoureux's disclosure also presents no prejudice to defendants, as expert discovery does not close until April 5, 2021.  *See Yeti by Molly, Ltd. v. Deckers Outdoor Corp.*, 259 F.3d 1101, 1106 (9th Cir. 2001) (holding that court has broad discretion with respect to admissibility of expert discovery); *Foster v. American Honda Motor Co., Inc.*, No. C17-1727-JCC, 2019 WL 1200445 at *3 (W.D. Wash. Mar. 14, 2019) (holding that late expert disclosure was harmless when opposing party had "sufficient time to depose" expert).  "This case simply does not involve the kind of eleventh hour disclosure that prejudices Defendants in a way that would mandate exclusion." *Id.*

2

**CLAIMANT DEFENDANTS' POSITION**

Claimant Defendants do not believe this amounts to a discovery dispute. Simply stated, Continental ("CNA") did not timely disclose Dr. Lamoureux and this matter is subject to a Motion to Strike.

The original Scheduling Order required: a) Plaintiff to disclose their experts no later than October 30, 2020; b) Claimant Defendants' to disclose their experts by December 4, 2020; and c) rebuttal expert disclosure by January 8, 2021.

The parties then discussed expert disclosures and submitted a Joint Motion for Modification of the Scheduling Order to "allow Defendants to disclose their experts first." The Modified Scheduling Order dated November 17, 2020 mandated the following expert disclosures: a) Defendants shall provide full and complete expert disclosures as required by FED.R.CIV.P. 26(a)(2) by December 4, 2020; b) Plaintiff shall provide full and complete expert disclosures as required by FED.R.CIV.P. 26(a)(2) by January 5, 2021; c) rebuttal expert disclosures by January 29, 2021. The rebuttal deadline was moved to February 19th.

On December 4, 2020, Claimant Defendants disclosed Jack Cunningham along with his opinions regarding coverage issues. On the same date, Claimant Defendants also listed Dr. David McIntyre along with his report to render opinions on the Claimant Defendants psychological conditions, including manifestations.

Plaintiff listed Steven Plitt on January 5, 2021 along with his opinions regarding coverage issues. Plaintiff did not list a psychiatrist or psychologist to render opinions regarding Claimant Defendants' psychological conditions.

Claimant Defendants served Mr. Cunningham's rebuttal opinions on February 19, 2021 while Plaintiffs listed a whole new expert, Ian Lamoureux, along with his opinions on the same date.

It is Claimant Defendants position that Plaintiff did not disclose Ian Lamoureux in a timely manner pursuant to FED.R.CIV.P. 26(a)(2) and this Court's Order. Plaintiff knew to disclose Mr. Pitt by the deadline of January 5, 2021 and failed to disclose Dr. Lamoureux on the same date.

3

Respectfully submitted this 19th day of March 2021.

**BURG SIMPSON ELDREDGE HERSH & JARDINE, P.C.**

By: /s/ Paul D. Friedman w/permission
    Michael S. Burg
    Holly B. Kammerer
    Paul D. Friedman
    Brian C. Dault
    2390 East Camelback Road, Suite 403
    Phoenix, Arizona 84016
    *Attorneys for Claimant Defendants*


**CLYDE & CO US LLP**

By: /s/ Alexander E. Potente w/permission
    Alexander E. Potente
    Bradley R. Harding
    Four Embarcadero Center, Suite 1350
    San Francisco, California 94111
    *Attorneys for Plaintiffs Continental Casualty Company and Valley Forge Insurance Company*

**MEAGHER & GEER, PLLP**

By: /s/ Rob A. Justman
    Rob A. Justman
    16767 N. Perimeter Drive, Suite 210
    Scottsdale, Arizona  85260
    *Attorneys for Plaintiffs Continental Casualty Company and Valley Forge Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2021, I electronically transmitted the attached document to the Clerk's office using the CM/ECF system for filing and transmittal of a Notice of electronic filing to the following CM/ECF registrants:

Clerk of the Court
United States District Court
Sandra Day O'Connor U.S. Courthouse
401 W. Jefferson
Phoenix, AZ  85003

Judge Diane J. Humetewa
United States District Court
Sandra Day O'Connor U.S. Courthouse, Suite 625
401 West Washington Street, SPC81
Phoenix, AZ  85003 - 2161

Jennifer A. Cranston, Esq.
Michael R. Ross, Esq.
***Gallagher & Kennedy***
2575 East Camelback Road
Phoenix, AZ  85016
jennifer.cranston@gknet.com
*Attorneys for Defendants Platinum Training, LLC;*
*Platinum Medical, Inc.; Platinum Medical, LLC,*
*Charles Oddo, and Amy Oddo*

Michael S. Burg, Esq.
Holly B. Kammerer, Esq.
Paul D. Friedman, Esq.
Brian C. Dault, Esq.
David K. TeSelle, Esq.
***Burg Simpson Eldredge Hersh Jardine PC***
2390 E. Camelback Road, Suite 403
Phoenix, AZ  85016
mburg@burgsimpson.com
hkammerer@burgsimpson.com
pfriedman@burgsimpson.com
bdault@burgsimpson.com
dteselle@burgsimpson.com
*Attorneys for Claimant Defendants*

By: /s/ Vanessa Henderson

5